**Refahe Kodak Charity Institute**
**Independent auditors report**
**and financial statements**
**for the Financial perioed ended May 31,2002**

Refah Kodak Charity Institute
Financial Statements and
Other Financial Information

Contents

Independent auditors report
Statement of financial position
Statement of activities
Statement of cash flows
Notes to financial statements

**Mohaseb Kish Auditing Firm**

**(I C P A s)**

Khossro Hadavi . Ghobad moshir
Hamidreza Vakilifard . Rostam Vahidi

No :

Date :

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors of the
Refahe Kodak Charity Institute

We have audited the accompanying statement of financial position Of the Refahe Kodak Charity Institute (a nonprofit organization) as of May 31,2002 and March 20, 2002, and the related statements of activities, cash flows for the financial position then ended. These financial statements are responsibility of the Institute management. Our responsibility is to express an the opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to fairly, in all material respects, the financial position of the Refahe Kodak Charity Institute as of May 31, 2002 and March 20, 2002, and the changes in its net assets and its cash flows for the financial periods then ended in conformity with generally accepted accounting principles.

Tehran, Iran
June 25, 2003
Mohasebkish
Certified public accountants

# 5 - 15 Kamran Ave . - Dr. Fatemi Sq. - Tehran - Iran Tel/Fax : 8892066

*In the name of God*

## To the Board of Directors

The Financial Statements of Refahe Koodak Charity Inistitute as of Period ended May 31' 2002 (Khordad 10,1381 ) include the following :

1- Balance Sheet
2- Statement of Activity
3- Statement of Cash Flow
4- Accompanying Notes :
  A – History of Inistitute Activities
  B- Basis of preparing Financial Statements
  C- Summary of main Accounting Procedures
  D-Notes regarding items contained in Financial Statements and other fiscal information

The Financial Statements have been prepared according to accounting standards and confirmed and approved by Board of Directors on June 21,2003:

| Directors | Position | Signature |
|---|---|---|
| Mr. Ali Yasrebi | Head of Directors and Managing Director | *A. Lranshahi* |
| Mrs. Amane Modarres | Vice President | *Ali yasrbi* |
| Mr. Ahmad Iranshahi | Board of Directors member and treasurer | *Amanh* |

## Refahe Koodak Charity Inistitute
### Balance Sheet
### As at May 31' 2002

| Assets | Note | 31.05, 2002 Rial | 20.03.2002 Rial | Liabilities and reserves | Note | 31.05.2002 Rial | 20.03.2002 Rial |
|---|---|---|---|---|---|---|---|
| Current assets : | | | | Current liabilities: | | | |
| Cash | 4 | 1,093,842,517 | 807,097,829 | Accounts Payable | 10 | 41,358,335 | 6,740,336 |
| Accopunis Receivable | 5 | 936,580,354 | 873,094,700 | Distributable founds | 11 | 2,107,726,652 | 1,771,963,083 |
| Inventory | 6 | 6,000,000 | 6,000,000 | | | | |
| Prepayments | 7 | 31,809,442 | 53,359,442 | | | | |
| Total ( Current assets ) | | 2,068,232,313 | 1,739,551,971 | Total ( current-liabilities ) | | 2,149,084,987 | 1,778,703,419 |
| Fixed assets : | | | | Reserves : income surplus (cost) | | | |
| Tangible fixed assets | 8 | 98,278,487 | 96,441,012 | Operating reserve | | 42,545,597 | 83,629,764 |
| Other assets | 9 | 25,119,784 | 26,340,200 | | | | |
| Total of fixed assets | | 123,398,271 | 122,781,212 | Total ( reserves ) | | 42,545,597 | 83,629,764 |
| Grand total of assets | | 2,191,630,584 | 1,862,333,183 | Grand total of liabilities and reserves | | 2,191,630,584 | 1,862,333,183 |

The accompanying notes are an integral part of these financial statement

موسسه حسابرسی و خدمات مدیریت محاسب کیش

CF289140

3

## Refahe – Koodak Charity Inistitute
### Statement of Activity
### For the Period ended May 31' 2002

| | Note | priod ended May 31, 2002 | | Year 2002 |
|---|---|---|---|---|
| | | Rial | Rial | Rial |
| Revenue | . | | | |
| Received supports | 12 | | | 63,217,500 |
| Funds collected from internal caretakers | 13 | . | 8,206,600 | 14,260,800 |
| | | | 8,206,600. | 77,478,300 |
| Operating costs are deducted: | . | | | |
| The amounts paid to the protected children | | (5,761,089) . | | (11,250;000) |
| Other supports paid | 14 | ( 5,070,000) | | (22,450,000) |
| | | | ( 10,831,089) | ( 33,700,000). |
| Excess of revenue over expense | . | | (2,624,489) | 43;778,300 |
| Deducted: | | | | |
| Administration and organizational costs | 15 | | ( 38,459,678) | (233,107,522 ) |
| Operational excess of revenue over expense | | | ( 41,084,167) | (189,329,222 ) |
| Other revenue | . | | | |
| Net excess of revenue over expense | | | ( 41,084,167 ) | (189,329,222) |

### Revenue ( Expense ) flow and accumulated operation reserve

| | | | |
|---|---|---|---|
| Net excess of revenue over expense | . | ( 41,084,167 ) | (189,329,222) |
| Operation reverse of the beginning of the year | 83,629,764 | | 268,264,042 |
| Prior years adjustment | | . | 4,694,944 |
| Operating reverse of the beginning of year – Adjusted | | 83,629,764 | 272,958,986 |
| Operating reverse at the year – end | | 42,545,597 | 83,629,764 |

The accompanying notes are an integral part of these financial statements .

گزارش

مؤسسه حسابرسی وخدمات مدیریت محاسب کیش

4

## Refahe Koodak Charity Inistitute

### Statement of Cash flow
### For the Period ended May 31' 2002

| | Note | Period ended May 31' 2002 | Year 2002 |
|---|---|---|---|
| | | Rial | Rial |
| Operating activities | | | |
| Net cash flows from operating activities | 16 | 290,438,188 | ( 88,256,383 ) |
| Investing activities : | | | |
| Amounts paid for purchasing fixed assets | | ( 3,693,500 ) | (30,625,800) |
| Amounts paid for purchasing other assets | | | (28,198,200) |
| Net Cash flows from investing activities | | (3,693,500) | ( 58,824,000 ) |
| Net decrease in the cash | | 286,744,688 | ( 147,080,383 ) |
| Cash at the beginning of year | | 807,097,829 | 954,178,212 |
| Cash at the ending of year | | 1,093,842,517 | 807,097,829 |

The accompanying notes are an integral part of these financial statements .

s

## Refahe Koodak Charity Inistitute

### Accompanying Notes of Financial Statements
### Period ended May 31 · 2002

1- The history of Inistitute activities :
   1-1 General

   Charity Inistitute has been registered in Shiraz Company Registration Office by the number of 398 dated April 10, 1999 The head quarter of the Inistitute is located in first floor – # 59 , West Sahel Ave. Shiraz,Iran and its office is in Second Floor – # 20 ·, Golzar Ave,. Golshan Ave. , Apadana St . Tehran Iran

   1-1  The Main activity of Inistitute

   According to articles 2 & 8 of inistitute charter , the main activity of this Inistitute is non political and non profit – making and its target is to support poor children and teenagers freely , providing facilities for poor children and teenagers' education ·, procuring other living necessities for poor children and teenagers so that they can educate without any obstacle .

   1-2· Employment Status

   The average of permanent and temporary employees during a year is as follow :

   Permanent employees

   | Year 2002 | Year 2001 |
   |-----------|-----------|
   | Person | Person |
   | 5 | 3 |
   | 5 | 3 |

2- The Basis for providing Financial Statements

   Financial Statements have been mainly prepared on the basis of historical cost and when it was necessary current values have also been utilized .

6

## Refahe Koodak Charity Inistitute

### Accompanying Notes of Financial Statements
#### Period ended May 31 · 2002

3- Summary of the Main Accounting Procedures

3-1 Tangible Fixed Assets

3-1-1 Tangible fixed assets are recorded in accounts on the basis of the cost . Amounts paid for refinement and major repairs which cause to increase considerably the capacity and shelf life of fixed assets or improves mainly their outcome quality are considered as capital costs and will be amortized during the balance of shelf life . Maintenance and minor repairs costs which have been expended for keeping and remedying expected Inistitute economical benefits of first evaluated standard function of asset ,are considered as current values when they occur and charged to income and cost account of accounting period .

3-1-2 Depreciation of fixed assets is calculated on the basis of the below rates and methods with respect to shelf life of the related assets and considering Depreciation regulation ( article 151 of Iranian Direct Tax Act , authorized in March 1989 - Efsand 1366 ) :

| Fixed assets | Depreciation rate | Depreciation Method |
|---|---|---|
| Administrative accessories and equipment | 10 years | Straight- line |
| Computer equipment | 10 years | Straight - line |
| Soft wares | 5 years | Straight - line |
| Vehicles | 30% | Declining-balance |

3-1-3 For Fixed assets which are acquired within a month and are utilized , depreciation is calculated since beginning of the next month and entered to accounts . In some cases that each of the depreciating assets after preparation for utilization , because of discontinuing the work or other reasons is not utilized , the depreciation of this asset is equivalent to 30% of the above depreciation rate .

CE289144
Memo Exhibit 8
Page 9 of 21

7

## Refahe Koodak Charity Imistitute

### Accompanying Notes of Financial Statements
#### Period ended May 31ᵗ 2002

3-2 Inventory
    3-2-1 Inventory is recorded in accounts based on the of cost or market price rule and purchase price .

3-3 Benefits of employees at the termination of work

Any reserve is not calculated by company for termination of employees' work . In this relation any payment in this regard during a year is charged to yearly cost account unless it is decided to fire employees before balance sheet date that in this case the required reverse will be calculated in the accounts .

4- Cash
Cash consist of the following :

|  | Note | 31.05.2002 | 20.03.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Cash in bank | 4-1 | 418,831,171 | 223,311,271 |
| Pety cash | 4-2 | 675,011,346 | 583,786,558 |
|  |  | 1,093,842,517 | 807,097,829 |

4-1 Cash in bank consists of the following :

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Melli Bank – Shiraz | 11,328,108 | 222,308,208 |
| Melli Bank – North Felestin | 1,003,063 | 1,003,063 |
| Melli Bank – Qods Shiraz | 406,500,000 |  |
|  | 418,831,171 | 223,311,271 |

4-2 Pety cash consists of the following :

|  | Note | 31.05.2002 | 20.03.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Social workers | 4-2-1 | 668,809,456 | 567,217,266 |
| Head office | 4-2-2 | 6,201,890 | 16,569,292 |
|  |  | 675,011,346 | 583,786,558 |

8

### Refahe  Koodak Charity Inistitute

### Accompanying  Notes of Financial Statements
### Period ended May 31 2002

4-2-1   Social workers Pety cash consist of the following:

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Rasool – Fathe | 21,150,260 | 141,577,900 |
| Badrozzaman – Soleimani | 22,158,593 | 110,417,474 |
| soroor – Dadkhah | 30,409,705 | 65,449,705 |
| Kambiz – Alvandi | 29,073,750 | 29,073,750 |
| Hadjar – Eslam Panah | 22,102,800 | 22,102,800 |
| Parivash – Moemeni | 19,111,100 | 23,003,400 |
| Parichehr – Azarmi | 20,823,200 | 20,833,200 |
| Sabzevari | 20,000,000 | 20,000,000 |
| Mousavi , Hoseni Nazar Zade | 34,177,460 | 17,668,000 |
| Sedigh Nejhad | 39,643,970 | 17,363,970 |
| Ghasemi Lorestani | 19,803,559 | 8,807,099 |
| Saied Lavasani | 4,406,780 | 11,400,000 |
| Karbaschian | 44,152,500 | 10,152,500 |
| Shakeri | 35,977,150 | 4,526,310 |
| Zamani Bafghi | 6,732,960 | 6,732,960 |
| Neda Davood Poor | 5,573,550 | 9,316,950 |
| Others | 293,512,079 | 48,811,248 |
|  | 668,809,456 | 567,217,266 |

-   It must be noted that during the year 1380 ( 2001-02 ) , 57 social workers
    had freely cooperation with Foundation and the cash with them are for
    payment to help seekers .

4-2-2  Pety Cash of head office consists of the following :

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Mrs. Shirazi | 4,151,890 |  |
| Mrs. Shamseddin | 2,050,000 | 3,201,890 |
| Mrs. Dadkhah |  | 13,367,402 |
|  | 6,201,890 | 16,569,292 |

9

Refahe Koodak Charity Inistitute

Accompanying Notes of Financial Statements
Period ended May 31, 2002

5- Accounts Receivable
Accounts Receivable consist of the following:

|  | Note | 31.05.2002 | 20.03.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Loan paid to social workers | 5-1 | 4,500,000 | 5,500,000 |
| Others debtors | 5-2 | 932,080,354 | 867,594,700 |
|  |  | 936,580,354 | 873,094,700 |

5-1 The loan paid to social workers consist of the following :

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Mrs. Eslam Panah | 1,300,000 | 1,300,000 |
| Mrs. Davoodi | 1,400,000 | 1,800,000 |
| Mr. Lorestani | 1,800,000 | 2,400,000 |
|  | 4,500,000 | 5,500,000 |

5-2 Others debtors consist of the following:

|  | Note | 31.05.2002 | 20.03.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Mr. Madjid Ali Mohammadi | 5-2-2 | 805,710,400 | 805,710,400 |
| Mr. Davood Poor | 5-2-3 | 20,000,000 | 20,000,000 |
| Mr. Makhmalian | 5-2-3 | 12,000,000 | 12,000,000 |
| Accounts receivable of help seekers (for the delivered sewing machine ) |  | 9,745,136 | 14,050,000 |
| Tehran Education Administration | 5-2-1 | 59,500,000 | — |
| Others |  | 25,124,818 | 15,834,300 |
|  |  | 932,080,354 | 867,594,700 |

5-2-1 Amounts paid to Tehran Education Administration are for Konkoor classes and the students food , which have been liquidated after Balance sheet date .

10

### Refahe Koodak Charity Inistitute

#### Accompanying Notes of Financial Statements
#### Period ended May 31' 2002

5-2-2 Balance of Mr. Madjid Ali Mohammadi's debt consist of the following :

|  | Amount   Rial |
|---|---|
| Debt | 1,044,710,400 |
| Less : |  |
| Not occurred difference of exchange |  |
| rate ( Explanatory Note 11 ) | ( 239,000,000 ) |
|  | 805,710,400 |

- Balance of Mr. Madjid Ali Mohammadi's debt is for delivering $100,000 of trust amounts , distributable as long term (10 months) on 14.04.2001 ( 25.02.1380 ) .Based on the mutual contract, proprietorship of a building with the register no. 3993/2570 , has been conveyed in the name of one of board of directors member ( treasurer ) through legal processes and then all of the legal rights have been assigned to inistitute by letter of attorney and peace pact. Proceedings made for collecting the above debt caused to collect it after balance sheet date .

5-2-3 Balance of Mr. Davood Poor and Makhmalian's debt is for entrepreneur loan paid to them in year 1379 ( 2000-1 ) for equipping sewing workshop and employment of a number of help seeking children .

6- Inventory
The above category is as follow :

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Existing sewing machine in storehouse | 6,000,000 | 6,000,000 |

- During the year 1379 ( 2000-1 ) , 8 sewing machines purchased for a number of the protected persons in order to equip sewing workshop that 6 of them delivered to the said persons in year 1380 ( 2001-2 ) .

11

## Refahe Koodak Charity Inistitute

### Accompanying Notes of Financial Statements
### Period ended May 31· 2002

7- Prepayments : ·
   Prepayments category consist of the following :

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Hamian Koodak Commercial Co. | 73,000 | 28,073,000 |
| Set Com Co. | 25,000,000 | 25,000,000 |
| Mr. Abbas Mohammadi | 286,442 | 286,442 |
| Mr. Bagher | 2,450,000 | — |
| Mr. Fadacian | — | — |
| Mr. Badiran | 4,000,000 |  |
|  | 31,809,442 | 53,359,442 |

7-1 The amount of 25 million Rials paid to Sat Com Co. is for the mutual contract ( planning and conducting Child Foundation integral system ). It must be noted a part of startup system are utilizing by Foundation .



12

## Refahe  Koodak Charity Inistitute
## Accompanying Notes of Financial Statements
## Priod ended May 31ˑ 2002

### 8- Tangible Fixed Assets :

Table of  cost and accumulated depreciation of tangible fixed assets is as follow :

| Items. description | Cost – Rial | | | Accumulated depreciation – Rial | | | Book Value – Rial | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Balance in 20.03.2002 | Assets added during the priod | Balance in 30.05.2002 | Balance in 20.03.2002 | the year depreciation | Balance in 31.05.2002 | Balance in 31.05.2002 | Balance in 20.03.2002 |
| Computer accessories | 59,201,000 | 2,100,000 | 61,301,000 | 7,446,126 | 832,344 | 8,278,470 | 53,022,530 | 51,754,874 |
| Administrative accessories and equipment | 43,192,190 | 1,593,500 | 44,785,690 | 5,058,052 | 900,831 | 5,958,883 | 38,826,807 | 38,134,138 |
| Vehicles | 7,200,000 | — | 7,200,000 | 648,000 | 122,850 | 770,880 | 6,429,150 | 6,552,000 |
| Building addenda | — | — | — | — | — | — | — | — |
| Total | 109,593,190 | 3,693,500 | 113,286,690 | 13,152,178 | 1,856,025 | 15,008,203 | 98,278,487 | 96,441,012 |

CF289150

13

## Refahe Koodak Charity Inistitute

### Accompanying Notes of Financial Statements
#### Period ended May 31' 2002

9- Other Assets :

At the date of Balance Sheet , other assets category includes :

|  | Note | 31.05.2002 | 20.03.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Soft wares | 9-1 | 7,432,000 | 9,290,000 |
| Royalties | 9-2 | 18,908,200 | 18,908,200 |
| Total |  | 26,340,200 | 28,198,200 |
| Less : |  | ( 1,220,416) | (1,858,000) |
| Soft ware depreciation |  |  |  |
|  |  | 25,119,784 | 26,340,200 |

9-1 Soft wares account includes Accounting Soft ware and Office Soft ware.

9-2 Royalties account is for royalty of 4 phone lines and 1 mobile phone line

10- Accounts Payable :

Accounts and notes Payable are as follow :

|  | Note | 31.05.2002 | 20.03.2002 |
|---|---|---|---|
|  |  | Rial | Rial |
| Payable insurance premium | 10-1 | 6,856,593 | 5,311,336 |
| Mrs. Dadkhah |  | 33,072,742 |  |
| Others |  | 1,429,000 | 1,429,000 |
|  |  | 41,358,335 | 6,740,336 |

10-1 Account payable to Tehran Social Society Branch 29 is for payable insurance premium of head office employees in year 1380 ( 2001-2 ) that because of some difficulties with Social Society , has not been settled .

14

## Refahe Koodak Charity Inistitute

### Accompanying Notes of Financial Statements
### Period ended May 31' 2002

### 11-Distributable funds

Account flow of distributable funds is as follow :

| | Note | 31.05.2002 | | 20.03.2002 |
|---|---|---|---|---|
| | | Rial | Rial | Rial |
| Distributable funds at beginning year | | | 1,771,963,083 | 853,372,506 |
| Trust funds received during a year | 11-1 | | 1,654,589,000 | 7,259,169,200 |
| | | | 3,426,552,083 | 8,112,541,706 |
| Paid amounts are deducted : | | | | |
| Protected children | 11-2 | (790,544,821) | | (4,364,835,299) |
| Allocated budgets | 11-3 | (114,220,710) | | (1,128,588,284) |
| Blind children | 11-4 | (29,525,500) | | (83,137,500) |
| Cancerous children | | (7,720,000) | | (94,603,880) |
| Protected students ( collegian ) | | (45,212,900) | | (102,136,660) |
| Vicarious payments | 11-5 | (331,601,500) | | (567,277,000) |
| Other payments | | | | |
| | | | (1,318,825,431) | (6,340,578,623) |
| | | | 2,107,726,652 | 1,771,963,083 |

11-1 During the period ended May 31' 2002 the amount of $ 207,578 equivalent to 1,648.9 million Rials has been received by inistitute in addition to 5.7 million Rials from USA Child Foundation for distributing and payment to specified cases . It must be noted that the amount of 239,000,000 Rials related to difference of not realized exchange rate discrepancy has been deducted from the above received exchange amounts as detailed in accompanying note no. 5-2-1 .

11-2 Amounts paid to protected children is as follow :

| | 31.05.2002 | 20.03.2002 |
|---|---|---|
| | Rial | Rial |
| Supports received from other sources | (12,397,314) | — |
| Protected children – Girl | 535,154,240 | 2,861,313,257 |
| Protected children – Boy | 267,787,895 | 1,503,522,042 |
| | 790,544,821 | 4,364,835,299 |

15

-During year 1380 ( 2001-2 ) , 990 girls and 480 boys protected by inistitute , have monthly received salary and other allocated items . In addition a number of Tehran , Kashan and Shiraz schools students are protected en masse

## Refahe  Koodak Charity Inistitute

### Accompanying Notes of Financial Statements
### Period ended May 31ʼ 2002

11-3 Amounts paid as allocated budgets  consist of the following:

|  | 31.05.2002 | 20,03,2002 |
|---|---|---|
|  | Rial | Rial |
| Educational supports  paid to protected children | 1,000,000 | 317,324,000 |
| Supports paid to charity inistitutes |  | 249,235,694 |
| Amounts paid to blinds inistitutes | 3,123,220 | 260,461,100 |
| Amounts paid to other poor people | 107,320,000 | 19,821,570 |
| Administrative and organizational budget of Koodak institute |  | 51,616,180 |
| Amounts paid for other needs of protected children | 2,777,490 | 88,160,700 |
| Amounts paid to poor students ( collegians ) |  | 82,335,040 |
| Other paid supports from funds |  | 59,634,000 |
|  | 114,220,710 | 1,128,588,284 |

11-3-1 Paid supports to Cultural and Supportive Inistitute consist of the following :

|  | 31.05.2002 | 20,03,2002 |
|---|---|---|
|  | Rial | Rial |
| Alavi inistitute |  | 144,862,500 |
| Ferdos mental infirm presons charity inistitute |  | 7,990,000 |
| MAHAK inistitute |  | 96,383,194 |
|  |  | 249,235,694 |

11-3-2 Supports paid to blind complexes are as follow :

|  | 31.05.2002 | 20,03,2002 |
|---|---|---|
|  | Rial | Rial |
| Shahid Khazaeli Blinds Complex |  | 11,502,100 |
| Tabriz Shahid Moradi Blinds Complex |  | 73,291,600 |
| Share Rey Blinds Complex |  | 8,910,650 |
| Ababasir Blinds Complex | 1,000,000 | 44,253,000 |
| Gorgan Mehr Blinds Complex |  | 34,979,950 |
| Shahid Mohebbi Blind Complex | 2,123,220 |  |
| Shuride Blinds Complex |  | 21,992,400 |
| Yazd Shahid Mousavi Blinds Complex |  | 16,645,000 |
| Mashhad Taghva Blinds Complex |  | 16,322,400 |
| Samir Project |  | 32,564,000 |
|  | 3,123,220 | 260,461,100 |

16

## Refahe Koodak Charity Inistitute

### Accompanying Notes of Financial Statements
### Period ended May 31 2002

11-4 During the year 1380 ( 2001-2 ) , 64 blind children has been protected by child foundation trust funds , and the total amount of 29.5 million Rials has been received within the reporting period .

11-5 Vicarious payments are as follow :

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Payments to third parties | 18,430,000 | 346,920,000 |
| Ashianeh Charity inistitute | 277,506,500 | 219,450,000 |
| Child foundation requirements | 35,665,000 | 907,000 |
|  | 331,601,500 | 567,277,000 |

12-Received supports :

Supports received consist of the following :

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Inistitute treasurer payment for building rental | — | 51,000,000 |
| Supports received from others |  | 12,217,500 |
|  |  | 63,217,500 |

- Tehran building has been dedicated for 10 years to inistitute treasurer and the rental received has been considered as received support and recorded in accounts .

13-Amounts received from internal caretakers

In year 1380 ( 2001-2 ) the inistitute proceeded to take 5 caretakers and 14 internal help seekers and in this regard has received in total the amount of 8,206,600 Rials in this period .

14- Other supports paid

Other paid supports consist of the following :

|  | 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Supports to other children | 3,070,000 | — |
| Urgent supports | — | 5,850,000 |
| Alimentary supports | — | 11,400,000 |
| Cultural supports | 500,000 | 3,700,000 |
| Other supports | 1,500,000 | 1,500,000 |
|  | 5,070,000 | 22,450,000 |

17

Refahe  Koodak Charity Inistitute

Accompanying Notes of Financial Statements
Period ended May 31' 2002

15-Administrative and organizational costs :

|  | 31.06.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Employees salary and benefits | 13,095,301 | 61,676,735 |
| Compensation of social workers expenses | 3,477,700 | 32,370,000 |
| Transportation | 1,996,650 | 22,177,200 |
| Mail-post | 6,118,570 | 20,495,598 |
| Photo and filming | 37,750 | 17,992,911 |
| Telephone and internet | 2,937,900 | 12,313,162 |
| Supplies expensses | 243,500 | 12,138,200 |
| Advertisement | — | 9,789,400 |
| Equipment depreciation cost | 832,344 | 7,446,126 |
| Copy and print | 239,950 | 5,202,241 |
| Fixtures, depreciation cost | 900,831 | 5,058,052 |
| Insurance cost of Contractor portion and unemployment insurance | 1,184,696 | 4,072,630 |
| Vehicles depreciation cost | 122,850 | 648,000 |
| Soft wares depreciation cost | 1,220,416 | 1,858,000 |
| Building maintenance and repairing cost | 80,700 | 6,093,800 |
| Utilities expenses ( water , electricity , gas ) | 133,170 | 1,595,200 |
| Other administrative and organizational costs | 5,837,350 | 12,180,867 |
|  | 38,459,678 | 233,107,522 |

- It must be noted that the administrative and related costs of social workers are considered as a part of administrative and organizational costs and has been specified in the above amounts .

CE280155

18

## Refahe Koodak Charity Inistitute

### Accompanying Notes of Financial Statements
### Period ended May 31' 2002

## 16- Operating reconciliation statement

Operating reconciliation statement with net cash flows of cash from operating activities is as follow :

|  | period ended 31.05.2002 | 20.03.2002 |
|---|---|---|
|  | Rial | Rial |
| Net excess of revenue over expense | (41,084,167) | ( 189,329,222 ) |
| Depreciation cost of fixed assets | 1,856,025. | 13,152,178 |
| Other assets depreciation cost | 1,220,416 . | 1,858,000 |
| Adjustment of fixed asset to expense | — | 20,793,500 |
| Inventory decrease | — | 18,000,000 |
| Prepayments increase | 21,550,000 | ( 15,359,442 ) |
| Accounts Receivable increase | (63,485,654) | ( 797,957,500 ) |
| Accounts Payable increase ( decrease ) | 34,617,999 | ( 62,699,418 ) |
| Distributable funds increase | 335,763,569 | 918,590,577 |
| Prior years adjustments | . | 4,694,944 |
|  | 290,438,188 | ( 88,256,383 ) |

## 17- Contingent liabilities and capital obligations

Inistitute has no capital obligation and its contingent liability is for the last years work tax that since this inistitute is non profit – making ,likely will be exempted .

## 18-subsequent events:

After balance sheet date , there is not any considerable happening which be necessary to dicclouse .