NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
Assistant United States Attorney
Ethan.Knight@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:10-cr-00506-KI** |
| **v.** | **NOTICE OF SUBSTITUTION OF ASSISTANT UNITED STATES ATTORNEY** |
| **HOSSEIN LAHIJI; NAJMEH VAHID; and AHMAD IRANSHAHI, a.k.a. "Farhad;"** | |
| **Defendants.** | |

Please be advised that the above-captioned case has been reassigned from former

Assistant United States Attorney (AUSA) Charles F. Gorder, Jr. and former AUSA David

Atkinson to AUSA Ethan D. Knight, who can be contacted via e-mail at

Ethan.Knight@usdoj.gov.  Please remove former AUSA Charles F. Gorder, Jr. and former

AUSA David Atkinson from further service and electronic notices in this case.

Dated: October 10, 2024                    Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Ethan D. Knight*
ETHAN D. KNIGHT, OSB #992984
Assistant United States Attorney

**Notice of Substitution of Assistant United States Attorney**                    **Page 1**